APPEAL No. 75-326. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. Motion of defendant for restraining order is denied for failure to comply with Sup. Ct. R. 8. Motion of defendant's counsel to withdraw is denied without prejudice. *Isidore Kirshenbaum,* for plaintiff. *George Ajootian,* for defendant.